■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER U. CASE, JR., Appellant. — Appeal from a judgment of the Supreme Court at Trial Term (Ellison, J.), rendered June 4, 1982 in Chemung County, upon a verdict convicting defendant of the crimes of rape in the first degree, burglary in the first degree and aggravated sexual abuse. Judgment affirmed (see *People v Mattison*, 97 AD2d 621). Mahoney, P. J., Sweeney, Kane, Mikoll and Weiss, JJ., concur.